

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Domenica Evangelic Sanchez<br><br>DEFENDANT(S). | CASE NUMBER<br>8:18-CR-0074-AG-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing
is set for ___5 / 1 , 2018___ , at ___2:00___ ☐a.m. / ☒p.m. before the
Honorable ___Karen E. Scott___ , in Courtroom ___6A___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/27/18___          *Karen E. Scott*
                              U.S. District Judge/Magistrate Judge